**Margaret BRODY, Appellant,**

v.

**CITY OF KANSAS CITY, Missouri, Respondent.**

No. WD 48162.

Missouri Court of Appeals, Western District.

May 17, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1994.

Application to Transfer Denied Aug. 15, 1994.

Arthur J. Kase, Rubins, Kase, Rubins, Cambiano & Bryant, Kansas City, for appellant.

Galen P. Beaufort, Asst. City Atty., Kansas City, for respondent.

Before SMART, P.J., and KENNEDY and ULRICH, JJ.

**ORDER**

PER CURIAM.

Margaret Brody appeals an adverse judgment in a personal injury action.

We affirm the judgment pursuant to Rule 84.16(b).